IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALLAN DE JESUS, AMANDA DE JESUS
LAURITZEN, and A.D., a minor,

                                               ORDER

               Plaintiffs,

                                             11-cv-579-bbc

    V.

MICHAEL DE JESUS, MELISSA DE JESUS,
DEBORAH LA VENDUSKEY and THE
PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In its answer, dkt. #3, defendant Prudential Insurance Company of America admits that it provided Group Life insurance benefits to the United States Department of Veterans Affairs under group policy number G-32000 and that as a veteran of the United States Army, plaintiff Michael De Jesus was insured under the plan. Upon the death of the insured, the plan benefits ($100,000) and a premium refund ($26.00) are due and payable to the beneficiaries.

      On October 14, 2011, a telephonic preliminary pretrial conference was held before Magistrate Stephen L. Crocker. At that conference, all parties agreed that the proceeds of

1

the Prudential Insurance Company of America's life insurance policy shall be held in a non-interest bearing account by the Clerk of U.S. District Court until the case is resolved.

Therefore, IT IS ORDERED that by November 15, 2011, defendant Prudential Insurance Company of America is to send a check in the amount of $100,026 made payable to the Clerk of District Court, Western District of Wisconsin,  The clerk is instructed to deposit the funds and hold them in a non-interest bearing account until further order of the court.

Entered this 18th day of October, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge