IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLAN DE JESUS, AMANDA DE JESUS
LAURITZEN and A.D., a minor,

    Plaintiffs,

v.

MICHAEL DE JESUS, MELISSA DE JESUS,
DEBORAH LAVENDUSKEY and
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-579-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Prudential Insurance Company of America granting its motion to dismiss with prejudice; summary judgment is granted in favor of defendants Michael De Jesus, Melissa De Jesus and Deborah Lavenduskey, and this case is dismissed.

_____
By: Peter Oppeneer, Clerk of Court

_____
4-5-12
Date